**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**RICKY BARNES and KARLA BARNES**                                   **PLAINTIFFS**

**vs.**                                        **4:07CV01051-WRW**

**GENERAL ELECTRIC COMPANY
and G.E. HEALTHCARE, INC.**                                   **DEFENDANTS**

**ORDER**

Pending is the Joint Motion to Stay All Proceedings in this Court Pending JPML Transfer

Determination (Doc. No. 8).

The Joint Motion to Stay (Doc. No. 8) is GRANTED.  The stay is in effect only until the

MDL panel issues its resolution.  Accordingly, all proceedings in this Court are stayed until the

Judicial Panel on Multidistrict Litigation makes its final determination as to whether this case is

to be transferred to an MDL proceeding.

IT IS SO ORDERED this 10th day of December, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

1