A CERTIFIED TRUE COPY

MAR 2 5 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case: 1:08-gd-50030-DAP  Doc #: 10  Filed: 04/02/08  1 of 4.  PageID #: 153

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: /S/Jennifer Smolinski
Deputy Clerk



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR -7 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GADOLINIUM CONTRAST DYES PRODUCTS
LIABILITY LITIGATION

MDL No. 1909

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On February 27, 2008, the Panel transferred 20 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of February 27, 2008, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 5 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: GADOLINIUM CONTRAST DYES PRODUCTS
LIABILITY LITIGATION

MDL No. 1909

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA NORTHERN** | |
| ALN 2 07-2205 | Joseph L. Smith v. General Electric Co., et al. |
| ALN 2 08-65 | Yalonda Sanders, etc. v. General Electric Co., et al. |
| **ARKANSAS EASTERN** | |
| ARE 4 07-1051 | Ricky Barnes, et al. v. General Electric Co., et al. |
| ARE 4 07-1115 | Christine Black, et al. v. General Electric Co., et al. |
| **ARKANSAS WESTERN** | |
| ARW 2 07-2148 | Bertin A. Nogues v. General Electric Co., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 07-7844 | Beverly Hubbard v. GE Healthcare, Inc., et al. |
| CAC 2 08-518 | Sarah Frascella v. General Electric Co., et al. |
| **COLORADO** | |
| CO 1 07-2542 | Debra Necas v. General Electric Co., et al. |
| CO 1 08-47 | Joanne McBride, etc. v. General Electric Co., et al. |
| **CONNECTICUT** | |
| CT 3 07-1753 | Carmel T. Koerber, etc. v. Bayer Healthcare Pharmaceuticals, Inc., et. al. |
| **DISTRICT OF COLUMBIA** | |
| DC 1 08-122 | Lacey Derosa v. General Electric Co., et al. |
| **FLORIDA MIDDLE** | |
| FLM 6 08-29 | John R. Hackett, et al. v. Bayer Corp., et al. |
| **ILLINOIS CENTRAL** | |
| ILC 3 07-3296 | Earnest Dwight Louderman v. General Electric Co., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 08-1 | Alan Taylor v. General Electric Co., et al. |
| **INDIANA SOUTHERN** | |
| INS 1 08-109 | Danielle Marie Snyder v. Bayer Corp., et al. |
| **KANSAS** | |
| KS 2 07-2513 | Russell Voeltz, et al. v. General Electric Co., et al. |

**MDL No. 1909 - Schedule CTO-1 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **LOUISIANA MIDDLE** | |
| LAM 3 07-776 | Michelle Rice v. Bayer Healthcare Pharmaceuticals, Inc., et al. |
| LAM 3 07-826 | Billy Parker v. Bayer Healthcare Pharmaceuticals, Inc., et al. |
| **LOUISIANA WESTERN** | |
| ~~LAW 2 07-1951~~ | ~~Irven S. Shelton, et al. v. General Electric Co., et al.~~ Opposed 3/20/08 |
| **MARYLAND** | |
| MD 1 08-337 | Mosetta Burden-White v. General Electric Co., et al. |
| MD 1 08-338 | John Davis, Jr., et al. v. General Electric Co., et al. |
| **MINNESOTA** | |
| MN 0 07-4706 | Loralei L. Knase, et al. v. General Electric Co., et al. |
| MN 0 07-4893 | Harry D. Cleek, et al. v. General Electric Co., et al. |
| **MISSOURI EASTERN** | |
| MOE 4 07-1832 | Jessi Nienke v. General Electric Co., et al. |
| MOE 4 07-1964 | Stewart Watson, V v. General Electric Co., et al. |
| MOE 4 07-2050 | Beverly Lombardo, et al. v. General Electric Co., et al. |
| **MISSOURI WESTERN** | |
| MOW 4 07-869 | David Phillips, et al. v. General Electric Co., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 07-927 | Bobby Paul, et al. v. General Electric Co., et al. |
| **NEW JERSEY** | |
| NJ 1 08-559 | Deena W. Wood, etc. v. Bayer Corp., et al. |
| NJ 1 08-562 | Judith Minor, etc. v. Bayer Corp., et al. |
| NJ 3 07-5942 | Paul Brian Staples, et al. v. General Electric Co., et al. |
| ~~NJ 3 07-5985~~ | ~~Claudia Ethington, et al. v. General Electric Co., et al.~~ Opposed 3/24/08 |
| **NEW YORK WESTERN** | |
| NYW 6 08-6009 | Jennifer Newton, et al. v. General Electric Co., et al. |
| **OHIO SOUTHERN** | |
| OHS 1 07-1001 | Donald L. Hannah, et al. v. General Electric Co., et al. |
| **OKLAHOMA NORTHERN** | |
| OKN 4 07-666 | Royce Campbell, et al. v. General Electric Co., et al. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 08-404 | Denise Grant v. General Electric Co., et al. |

**MDL No. 1909 - Schedule CTO-1 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **WISCONSIN EASTERN** | |
| WIE 2 07-954 | Greg Reed, et al. v. General Electric Co., et al. |
| WIE 2 07-986 | Gregory Key v. General Electric Co., et al. |
| WIE 2 07-1101 | Robert Sawall, et al. v. General Electric Co., et al. |
| **WEST VIRGINIA NORTHERN** | |
| WVN 5 08-27 | Francis Lydon v. Bayer Corp., et al. |
| WVN 5 08-28 | Mary R. Reel v. Bayer Corp., et al. |
| WVN 5 08-29 | George Lipscomb, et al. v. Bayer Corp., et al. |